Margaret F. SAMET

v.

Eugene P. PETIT.

No. 81–66–M.P.

Supreme Court of Rhode Island.

March 19, 1981.

Joseph A. Capineri, Pawtucket, for petitioner.

**348**

Stephen F. Mullen, Chief Special Counsel, Dept. of Transportation, Providence, for respondent.

### ORDER

The petition for writ of certiorari and motion for stay are denied.